# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ORDER OF PROBATION |
| | under 18 U.S.C. § 3607 |
| vs. | |
| | CASE NO. 05-cr-0007 CMK |
| EDWARD JOSEPH KINGSBURY IV | |

The defendant, having been found guilty of an offense described in 21 U.S.C. 844(a), and it appearing that the defendant (1) has not, prior to the commission of such offense, been convicted of violating a federal or state law relating to controlled substances, and (2) has not previously been subject of a disposition under this subsection:

IT IS ORDERED that pursuant to the Sentencing Reform Act of 1984, the Court, with the consent of the defendant hereby places the defendant on probation as for a period of twelve months without entering a judgment of conviction pursuant to 18 U.S.C. § 3607. If the defendant successfully completes probation, the Court shall, without entering a judgment of conviction, dismiss the proceedings and discharge the defendant from probation. If the defendant violates a condition of probation, the Court shall proceed in accordance with the provisions of 18 USC 3565.

While on probation, the defendant shall not commit another federal, state or local crime, shall not possess a firearm as defined in 18 USC 921, shall not illegally possess controlled substances, and shall comply with the standard conditions of probation which have recommended by the United States Sentencing Commission (see attached).

The defendant shall comply with the following special conditions:

1) The defendant shall submit to the search of his person, property, home, and vehicle by a United States Probation Officer, or any other authorized person under the immediate and personal supervision of the probation officer, based upon reasonable suspicion, without a search warrant. Failure to submit to a search may be ground for revocation. The defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.

2) As directed by the probation officer, the defendant shall participate in a correctional treatment program (inpatient or outpatient) to obtain assistance for drug or alcohol abuse.

3) As directed by the probation officer, the defendant shall participate in a program of testing (i.e. breath, urine, sweat patch, etc.) to determine if he has reverted to the use of drugs or alcohol.

4) The defendant shall complete 50 hours of unpaid community service work as directed by the probation officer. The defendant shall pay fees attendant to participation and placement in this program on a sliding scale as determined by the program.

5)     As directed by the probation officer, the defendant shall participate in a co-payment plan for treatment or testing and shall make payment directly to the vender under the contract with the United States Probation Office up to $25 per month.

Dated: 4-4-06 , 2006

_____
Craig M. Kellison
United States Magistrate Judge

## CONSENT OF DEFENDANT

    I have read the proposed Order of Probation Under 18 U.S.C. § 3607 and the Conditions of Probation. I understand that if I violate any conditions of probation, the Court may enter a judgment of conviction and proceed as provided by law. I consent to the entry of the Order.

    I also understand that, if I have not violated any condition of my probation, the Court, without entering a judgment of conviction, (1) <u>may</u> dismiss the proceedings and discharge me from probation <u>before</u> the expiration of the term of probation, or (2) <u>shall</u> dismiss the proceedings and discharge me from probation <u>at</u> the expiration of the term of probation.

_____
Signature of Defendant

_____
Signature of Defense Counsel

4-4-06
Date

Aaron Williams
Printed Name of Defense Counsel

## CONDITIONS OF PROBATION

While the defendant is on probation, the defendant:

1) shall not leave the judicial district without permission of the Court or probation officer;

2) shall report to the probation officer as directed shall submit a truthful and complete written report within the first five days of each month;

3) shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) shall support his or her dependents and meet other family responsibilities;

5) shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) shall notify the probation officer within ten days prior to any change in residence or employment;

7) shall refrain from excessive use of alcohol;

8) shall not frequent places where controlled substances are illegally sold, used, distributed or administered;

9) shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;

10) shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;

11) shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) shall not enter into any agreement to act as an informer or special agent of a law enforcement agency without permission of the Court;

13) as directed by the probation officer, shall notify third parties of risks that may be occasioned by defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notification and to confirm the defendant's compliance with such notification requirement.